DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANASTASIOS ANASTASOPOULOS and STAMATIKI EKONOMIDES,

Appellants,

v.

ELIAS ANASTASOPOULOS; ELENI ANASTASOPOULOS;
and NIKOLETTA PSALTIS,

Appellees.

No. 2D2024-2871

_____

March 20, 2026

Appeal from the Circuit Court for Pinellas County; Amy Williams, Judge.

Ceci Culpepper Berman and Landis V. Curry III (withdrew after briefing) of Brannock Berman & Seider, Tampa; and Jason M. Ellison and Matthew D. Baylor of Ellison Lazenby, St. Petersburg, for Appellants.

Matthew J. Conigliaro of Carlton Fields, P.A., Tampa; and Robert Persante of PersanteZuroweste, P.A., Clearwater, for Appellees Elias and Eleni Anastasopoulos.

No appearance for Appellee Nikoletta Psaltis.

PER CURIAM.

    Affirmed.

KELLY, LaROSE, and BLACK, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.